**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


BARBARA MONTANO,

      Plaintiff,

vs.                                                                        CASE NO. 3:11cv27/RS-EMT

MIDLAND CREDIT MANAGEMENT,

      Defendant.

_____/

## ORDER

Before me is the Proposed Report of Parties' Planning Meeting (Doc. 12). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**IT IS ORDERED** that the parties shall file an amended joint report not later than April 26, 2011, with dates consistent with a discovery deadline of August 26, 2011, and jury trial in Panama City on November 14, 2011, or December 12, 2011.


**ORDERED** on April 18, 2011.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**